AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

SEP 21 2014

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Roberto Carlos ROMERO-Rangel<br>Mexican Citizen<br>YOB: 1989<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. M-14-1841-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally attempt to import into the United States from the United Mexican States approximately 22.06 kilograms (Kgs) of |
| 21 USC 952 | Methaphetamine, a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 22.06 Kgs of |
| 21 USC 846 | Methaphetamine, a schedule II controlled substance. Furthermore, the defendant(s) did knowingly and unlawfully conspire to possess with intent to distribute the above listed controlled substances. |

This criminal complaint is based on these facts:
On September 20, 2014, Homeland Security Investigations (HSI) McAllen was notified by U.S. Customs and Border Protection Officers (CBPO) at the Anzalduas Port of Entry (POE) regarding the detention of Roberto ROMERO-Rangel who attempted to smuggle 22.06 Kgs of Methaphetamine into the United States from Mexico.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Approved by
Joseph F. Leonard
on 9/22/14

Roberto Carrera, U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/21/2014    4:08 pm

*Judge's signature*

City and state: __McAllen, Texas__

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

ATTACHEMENT A

I. On September 20, 2014, at approximately 5:16 p.m. Roberto Carlos ROMERO-Rangel presented himself for inspection at the Anzalduas Port of Entry (POE) in Mission, Texas. ROMERO-Rangel stated to CBP Officers he needed an I-94 permit to go to Houston, Texas.

II. At secondary inspection, ROMERO-Rangel's vehicle was found to contain a non-factory compartment in the bed of the truck containing twenty-two (22) bundles weighing 22.06 kilograms, which field tested positive for Methamphetamines. CBP Officers noted the non-factory compartment had "fresh" silicon and body filler, indicating the compartment was recently made. CBP Officers also located a validI-94 permit, which had previously been issued to ROMERO-Rangel.

III. ROMERO-Rangel stated to an HSI Special Agent that he purchased the vehicle in June of 2014. ROMERO-Rangel related he had sole possession of his vehicle for the last month, and no mechanical worked had been done to the vehicle in the recent days, other than an oil change and belts adjustments. ROMERO-Rangel related he was on his way to Houston, Texas to visit a culinary school in the area.

IV. ROMERO-Rangel later changed his statement and stated he was on his way to Houston, Texas to pick-up vehicle titles for an individual. ROMERO-Rangel stated the vehicle used to belong to a dangerous individual, therefore he stated he would rather be in jail than to know his family would be hurt if he said anything else.